# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**FRANCES RENEE MILLER/PERRY**
**ADC #708998**                                                                                 **PLAINTIFF**

**V.**                 **CASE NO. 1:07CV00034 SWW/BD**

**CORRECTIONAL MEDICAL SERVICES,** *et al.*            **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.[1]

Accordingly, Defendants' motion for summary judgment (#123) is GRANTED, and this action is DISMISSED WITH PREJUDICE .

IT IS SO ORDERED, this 25th day of February, 2009.


                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE

---

[1] In her objections, plaintiff asserts Dr. Anderson discontinued her seizure medicine in order to see if she was faking seizure. At the hearing on January 14, 2009, plaintiff had the opportunity to testify as to her claim that defendants failed to send all of her medications with her when she was transported to the Clark County Jail for court purposes, causing her to have a seizure. There was no testimony as to that claim or the claim plaintiff now makes that Dr. Anderson deliberately withheld her seizure medication.